IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

**MARVIN JOE**                                                                                          **PLAINTIFF**

V.                                              **4:21CV00286**

**UNION PACIFIC RAILROAD**                                                           **DEFENDANT**

## JUDGMENT

Pursuant to the Order entered on this day, Plaintiff's Complaint is dismissed without prejudice.

IT IS SO ORDERED this 15th day of September, 2021.

_____
James M. Moody Jr.
United States District Judge